# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 19-3430

———————————————

United States of America

*Plaintiff - Appellee*

v.

Chad R. Weis

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri - Springfield

——————————

Submitted: May 21, 2020
Filed: May 27, 2020
[Unpublished]

——————————

Before COLLOTON, BEAM, and ERICKSON, Circuit Judges.

——————————

PER CURIAM.

Chad Weis appeals the sentence the district court[1] imposed after he pleaded guilty to drug and firearm charges pursuant to a plea agreement containing an appeal

———————————————

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

waiver. His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967).

After careful de novo review, we conclude that the appeal waiver is valid, enforceable, and applicable to this appeal. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (validity and applicability of appeal waiver is reviewed de novo); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into waiver and plea agreement, and enforcement would not result in miscarriage of justice).

Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we dismiss this appeal, and we grant counsel's motion to withdraw.

_____